**98–1077. GeCep Corp. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 96–S–438 and 96–S–439. This cause is pending as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion for remand to the Board of Tax Appeals for the purpose of entering a stipulation and order reflecting the parties' settlement of this cause pursuant to this court's Pilot Mediation Program,

IT IS ORDERED by the court that the motion for remand be, and hereby is, granted, and this cause is remanded to the Board of Tax Appeals.

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**98–1684. State ex rel. Manos v. Speese.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus regarding an expedited election matter. It appears from the records of this court that relators have not filed evidence and a brief, due August 27, 1998, in compliance with S.Ct.Prac.R. X(9) and therefore have failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed with prejudice, *sua sponte*. See *State ex rel. SuperAmerica Group v. Licking Cty. Bd. of Elections* (1997), 80 Ohio St.3d 182, 685 N.E.2d 507.